# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNIE GARZA, | Case No. 1:15-cv-00234-AWI-SKO |
| Plaintiff, | |
| v. | **ORDER GRANTING PARTIES' STIPULATED REQUEST FOR AN EXTENSION OF TIME TO FILE ANY MOTIONS OR STIPULATIONS REQUESTING LEAVE TO AMEND THE PLEADINGS** |
| RAYTHEL FISHER, JR., | |
| Defendant. | |
| _____ / | |

On September 23, 2015, the parties filed a stipulation for additional time to file any motions or stipulations seeking leave to amend the pleadings. The parties have been unable to complete their discovery while waiting for the release of third-party records, which may create a need for amendment of the pleadings. As such, the parties seek a 30-day extension of the deadline to seek amendment of the pleadings.

IT IS HEREBY ORDERED that the deadline to seek leave to amend the pleadings is extended to November 2, 2015.

IT IS SO ORDERED.

Dated:   **September 28, 2015**                    **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE