KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
TIMOTHY H. DELGADO, State Bar No. 275580
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 322-6372
Fax: (916) 324-5205
E-mail: Timothy.Delgado@doj.ca.gov

*Attorneys for Defendant Fisher*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNIE J. GARZA,<br><br>  Plaintiff,<br><br>  v.<br><br>RAYTHEL FISHER, JR.,<br><br>  Defendant. | Case No. 1:15-cv-00234-AWI-SKO<br><br>**ORDER GRANTING PARTIES' STIPULATED REQUEST FOR EXTENSION OF TIME TO AMEND THE PLEADINGS**<br><br>(Doc. 21) |

### INTRODUCTION

The Court's scheduling order set October 2, 2015, as the deadline for the parties to file any motions or stipulations requesting leave to amend the pleadings. (ECF No. 14 at 2.) Four weeks ago, the parties jointly moved to extend this deadline by an additional 30 days. (ECF No. 16.) As the parties explained in their filing, various documents from non-party inmate Jeremy Tourdot's central file and medical file were needed to proceed with discovery. (Id. at 1.) The status of those documents was undetermined when the parties filed their joint request. (Id. at 1-2.) The Court granted the parties' request and reset the deadline for filing any motions or stipulations relating to amending the pleadings to November 2, 2015. (ECF No. 18.)

///

At the outset of this case, Plaintiff requested the names of the CDCR officials who made the housing decision at issue informally, and then through discovery.  Until now, Defendant Fisher has maintained that he was unable to identify these officials, based on the confidentiality of Mr. Tourdot's records.  Counsel have met and conferred on this issue for weeks without a resolution.

Recently, the Court granted the parties' separate request to release Mr. Tourdot's records, subject to an agreement protecting the confidentiality of those records. (ECF No. 20.)  Defense counsel is producing to Plaintiff's counsel approximately 2,000 pages of responsive documents concurrent with this filing.  Defendant Fisher is reviewing these records as the only source of information regarding who made the housing decisions at issue in order to provide the requested names.  Defendant Fisher anticipates supplementing his discovery responses after reviewing these materials, which will permit the naming of Doe Defendants in an amended complaint.  Plaintiff must amend the complaint to identify the proper Doe Defendants as parties.

For these reasons, the parties agree that a 21-day extension of time to file any motions or stipulations requesting leave to amend the pleadings is appropriate, and that the deadline for a hearing on any such motions should be reset accordingly.

A proposed order is being submitted with this stipulation.

**STIPULATION**

The parties stipulate that the deadline for filing any motions or stipulations requesting leave to amend the pleadings be extended to November 23, 2015.

Dated:  October 30, 2015         __/s/ THD for Ken I. Karan_____
                                 Ken I. Karan, Esq.
                                 Law Offices of Ken I. Karan
                                 *Attorney for Plaintiff Fernie J. Garza*

Dated October 30, 2015           __/s/ Timothy H. Delgado_____
                                 Timothy H. Delgado
                                 Deputy Attorney General
                                 *Attorney for Defendant Raythel Fisher, Jr.*

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, the parties' joint stipulation for an extension of time to amend the pleadings is granted. The deadline for amendments to the pleadings currently set for November 2, 2015, is continued to November 23, 2015. Any motions or stipulations requesting leave to amend the pleadings will now be due on or before November 23, 2015.

IT IS SO ORDERED.

Dated:   **November 2, 2015**            /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE