# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNIE J. GARZA,<br><br>             Plaintiff,<br><br>   v.<br><br>RAYTHEL FISHER, JR.,<br><br>             Defendant.<br>_____/ | Case No. 1:15-cv-00234-AWI-SKO<br><br>**ORDER MODIFYING THE SCHEDULING ORDER AND VACATING MID-DISCOVERY STATUS CONFERENCE** |

    On November 3, 2015, the parties filed a status report in advance of their mid-discovery status conference set for November 10, 2015. The Court recently approved a subpoena for third-party records, which have not yet been produced. Plaintiff must review these records to determine if there are additional defendants to be named in the suit, and thus the parties request that all the scheduling deadlines, including trial, be extended 60 days.

    As there appears to be good cause to extend the deadlines, the schedule shall be modified as follows:

| **Event** | **Modified Deadline**: |
|---|---|
| Non-Expert Discovery | April 1, 2016 |
| Expert Disclosure | January 15, 2016 |
| Rebuttal Expert Disclosure | January 29, 2016 |
| Expert Discovery | February 12, 2016 |

| | | |
|---|---|---|
| 1 | Non-Dispo. Motion Filing | April 13, 2016 |
| 2 | Non-Dispo. Motion Hearing | May 11, 2016 |
| 3 | Dispositive Motion Filing | May 16, 2016 |
| 4 | Dispositive Motion Hearing | June 27, 2016 |
| 5 | Pre-Trial Conference | August 17, 2016 |
| 6 | Trial | October 12, 2016 |

As there are no further issues identified by the parties in their status report, the mid-discovery status conference set for November 10, 2015, is VACATED, and the parties do not need to appear.

IT IS SO ORDERED.

Dated:   **November 6, 2015**                          **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE