# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNIE GARZA, | Case No. 1:15-cv-00234-DAD-SKO |
| Plaintiff, | **ORDER VACATING SCHEDULING DEADLINES** |
| v. | |
| J. ALVARA, et al., | **ORDER THAT PARTIES FILE STATUS REPORT BY FEBRUARY 17, 2016** |
| Defendants. | |
| _____/ | |

On December 29, 2015, the Court permitted Plaintiff to file a First Amended Complaint ("FAC") naming 10 new Defendants but did not name the originally named Defendant, Raythel Fisher, Jr.  On January 11, 2016, Plaintiff and Defendant Fisher filed a stipulation seeking modification of the schedule.  (Doc. 36.)  Although vacating the current scheduling deadlines is necessary because of the newly added Defendants, the parties' stipulation does not reflect consideration for the newly added Defendants who have not yet been served or filed responses to the FAC.

Accordingly, IT IS HEREBY ORDERED that:

1. The current scheduling deadlines and dates are VACATED; and
2. On or before February 17, 2016, the parties shall file a joint status report indicating a set of proposed dates for the litigation.[1]

IT IS SO ORDERED.

Dated:   **January 14, 2016**              /s/ Sheila K. Oberto
                                           UNITED STATES MAGISTRATE JUDGE

---

[1] If any response to the FAC includes a motion pursuant to Rule 12, the Court will continue the date for filing a status report sua sponte.

2