KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
DAVID A. CARRASCO, State Bar No. 160460
Deputy Attorney General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 897-6334
  Fax:  (213) 897-7604
  E-mail:  David.Carrasco@doj.ca.gov
*Attorneys for Defendants*
*Alva, Alvara, Barksdale, Malakka, Roberts, Toor,
Torres, Virk, and Zhang*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **FERNIE GARZA,**<br><br>                                   Plaintiff,<br><br>        v.<br><br>**J. ALVARA, et al.,**<br><br>                                   Defendants. | 1:15-cv-00234-DAD SKO<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE**<br><br>Action Filed:  February 10, 2015 |

   Plaintiff Fernie Garza and Defendants Alva, Alvara, Barksdale, Malakka, Roberts, Toor, Torres, Virk, and Zhang, through their counsel, stipulate to continuing the scheduling conference, currently set for August 4, 2016, at 9:30 a.m., to August 16, 2016, at 10:15 a.m.

/ / /

/ / /

/ / /

1

The continuance is requested because, when the Court issued the order setting the scheduling conference (Minute Order, May 11, 2016, ECF No. 49), Defendants' counsel had purchased plane tickets and made other arrangements for a vacation outside of California, beginning on August 4, 2016.

Dated:  June 29, 2016		*/s/ Ken I. Karan*_____
			KEN I. KARAN
			Law Office of Ken I. Karan
			Attorney for Plaintiff
			*Fernie Garza*

Dated:  June 29, 2016		*/s/ David A. Carrasco*_____
			DAVID A. CARRASCO
			Deputy Attorney General
			California Office of the Attorney General
			Attorney for Defendants
			*Alva, Alvara, Barksdale, Malakka, Roberts, Toor, Torres, Virk, and Zhang*

## ORDER

Having reviewed the stipulation of the parties, and good cause showing, the scheduling conference shall be continued to August 16, 2016, at 10:15 a.m.

IT IS SO ORDERED.

Dated:   **June 29, 2016**			/s/ *Sheila K. Oberto*
					UNITED STATES MAGISTRATE JUDGE