# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNIE GARZA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RAYTHEL FISHER, JR., et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:15-cv-00234-DAD-SKO<br><br>**ORDER DIRECTING CLERK TO CLOSE CASE**<br><br>**(Doc. 84)** |

　　　　On May 15, 2017, the parties filed a joint Stipulation for Voluntary Dismissal with Prejudice, in which the parties notify the Court that this action has been dismissed with prejudice (the "Stipulation"). (Doc. 84.) This Stipulation is signed by all parties who have appeared in this matter.[1] (*See id.*) As such, this case has been voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **May 16, 2017**　　　　　　　　　　　　　/s/ *Sheila K. Oberto*　　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The Stipulation is not signed by a Defendant named in Plaintiff's first complaint—Raythel Fisher Jr. (*See* Doc. 84.) However, this complaint is no longer operative, as Plaintiff subsequently filed his First Amended Complaint for Damages for Willful Violations of Civil Rights. (*See* Doc. 65.) Additionally, Mr. Fisher was not named as a Defendant in the currently operative amended complaint. (*See id.*) As such, Mr. Fisher is no longer a party in this action and his omission from the Stipulation does not preclude the voluntary dismissal of this case.